PSA 8:30 Am _____ | _____ P SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ☒ LA ☐ RS ☐ SA ☐ UNDER SEAL |
|---|---|
| PLAINTIFF | CASE NUMBER: 05-1658m |
| | ☒ COMPLAINT ☐ OUT OF DISTRICT AFFIDAVIT |
| | ☐ INDICTMENT ☐ INFORMATION |
| v. | ☐ SUMMONS ☐ EXTRADITION |
| | ☐ PSA/PO WARRANT |
| | ☐ SUPER FAST TRACK (Class B Misdemeanor) |
| | FILED: 8-2-05 |
| DEFENDANT. | VIOLATION: 18, 2252A(a)(1); 2252A(a)( |
| Michael Timothy Arnold | DATE: 8-8-05 TIME: 2:00 pm |
| | TAPE NUMBER: 05-16 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE GAMC, JR. | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT: Linda Jackson _____ Joey Blanch _____ N/A
Deputy Clerk Williams   Assistant U.S. Attorney   Interpreter / Language

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  ☒ preliminary hearing OR ☐ removal hearing / Rule 20.
☒ Defendant states true name ☒ is as charged ☐ is _____
☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☒ Attorney: Callie Steele _____ ☐ Retd. ☒ Apptd. ☐ Prev. Apptd. ☒ DFPD ☐ Panel ☐ Poss. Contribution
  Ordered (see separate order) ☐ Special appearance by: _____
☒ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☒ CONTINUED
☒ Defendant is ordered: ☐ Permanently Detained ☒ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ **SUPER FAST TRACK** ☐ Defendant is advised of maximum penalties.
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of further proceedings.
☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☒ Preliminary Hearing set for 8/22/05 at 4:30 PM _____
☒ Post-Indictment Arraignment set for: 8/29/05 at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  ☐ Warrant of removal and final commitment to issue. ☐ Warrant of removal and final commitment are ordered stayed until _____
☒ Case continued to (Date) 8-11-05 (Time) 10:00 ☒ AM / ☐ PM
  Type of Hearing: DETENTION Before Judge GAMC /Duty Magistrate Judge.
  Proceedings will be held in the ☒ Duty Courtroom 341 ☐ Judge's Courtroom _____
☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☒ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
  RELEASE ORDER NO: _____
☐ Other: _____

☐ PSA  ☐ FINANCIAL  ☐ READY

cc: *AUSA, Defendant's counsel*  Deputy Clerk Initials _____
  ☒ PSALA, ☐ PSASA, ☐ PSAED, ☐ USPO
  **ORIGINAL -WHITE COPY**  PINK- PIA CLERK  AUG - 9 2005  YELLOW - STATS  GREEN - CRD